# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2355
_____

United States of America

*Plaintiff - Appellee*

v.

Hakeem Lawon Davis

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: October 9, 2024
Filed: October 15, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Hakeem Davis appeals the sentence the district court[1] imposed after he pled guilty to a firearms offense. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

---

[1]The Honorable Kristine G. Baker, Chief Judge, United States District Court for the Eastern District of Arkansas.

Counsel has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), and a motion for leave to withdraw. This court concludes that the plea was knowing and voluntary and that the district court did not impose a substantively unreasonable sentence. *See United States v. Smith*, 422 F.3d 715, 724 (8th Cir. 2005) (de novo review); *United States v. Andis*, 333 F.3d 886, 890-91 (8th Cir. 2003) (en banc) (district court can ensure plea agreement is knowing and voluntary by questioning defendant about decision to enter into agreement); *United States v. Miner*, 544 F.3d 930, 932 (8th Cir. 2008) (appellate court may presume sentence within properly calculated guidelines range is reasonable).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed and counsel's motion to withdraw is granted.

_____